IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**LNV CORPORATION**                                                                       **PLAINTIFF**

vs.                                       **Case No.: 3:10-cv-129- DPM**

**MIKE FISHER**                                                                          **DEFENDANT**

## AGREED ORDER GRANTING PRELIMINARY INJUNCTION

This cause comes on to be heard before the Honorable D. P. Marshall, Jr. on Plaintiff's Motion for Preliminary Injunction against the Defendant. Having considered the pleadings, and finding that the parties consent to the relief contained in this Order, the Court finds and concludes as follows:

1. On May 11, 2010, the United States District Court for the Western District of Arkansas entered a Consent Judgment and Decree of Foreclosure (the "**Judgment**") in a case styled *LNV Corporation v. C & S Classic Cars, Inc. et al.*, Case No.: 5:09-cv-05076-JLH holding, *inter alia*, that LNV holds a security interest in a 1957 Chevy Sedan VIN # VB57S213796 (the "**1957 Chevy**") and in a 1966 Chevy Nova VIN 115376N101234 (the "**1966 Nova**") (collectively, the "**Vehicles**").

2. Defendant does business as Body by Fisher Renovations, and is in the business of performing renovations to automobiles. Defendant is presently in possession of both Vehicles.

3. The Court has jurisdiction over the subject matter of this action and of the person of the parties hereto.

4. Plaintiff and Defendant have agreed to the entry of a preliminary injunction enjoining Defendant and all those acting for, with, or on behalf of Defendant, from dissipating,

using, transferring, selling, dismantling or destroying the Vehicles and that Defendant will not act to foreclose any alleged lien against the Vehicles except through this action, without first seeking relief from this Order.

THEREFORE, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

a. That LNV's Motion for Preliminary Injunction is granted as provided herein;

b. That Defendant is enjoined and prohibited from dissipating, using, dismantling, destroying, selling or transferring the Vehicles during the pendency of this action and from acting to foreclose any alleged lien against the Vehicles, except through this action, without first seeking relief from this Order.

DATED this 6th day of July, 2010.

*D P Marshall Jr.*
The Honorable D P. Marshall, Jr.
U. S. District Court Judge

APPROVED AS TO FORM:

/s/ Grant E. Fortson
Grant E. Fortson (92148)
LAX, VAUGHAN, FORTSON,
 JONES & ROWE, P.A.
Cantrell West Building
11300 Cantrell Road, Suite 201
Little Rock, Arkansas 72212
(501) 376-6565; (501) 376-6666 (fax)
gfortson@laxvaughan.com
*Attorneys for LNV Corporation*


/s/ Matt Modelevsky
Matt Modelevsky (2004106)
SNELLGROVE, LANGLEY, CULPEPPER,
WILLIAMS & MULLALLY
P. O. Box 1346

2

Jonesboro AR  72403
(80) 932-8357
matt@snellgrovefirm.com

3