IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| LNV CORPORATION | PLAINTIFF |
| vs. CASE NO.: 3:10CV 129 DPM | |
| MIKE FISHER | DEFENDANT/COUNTER CLAIMANT |
| vs. | |
| LNV CORPORATION | PLAINTIFF/COUNTER DEFENDANT |

### ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties and for their joint Order of Dismissal with Prejudice state that all claims existing between them have been settled and compromised and, accordingly, the parties request that the Complaint and Counterclaim filed in this matter be dismissed with prejudice.

IT IS, THEREFORE, CONSIDERED, ORDERED AND ADJUDGED that the above referenced case be, and it is hereby, dismissed with prejudice in its entirety.

_____ 25 Oct. 2010
D.P. MARSHALL, JR.
United States District Judge

APPROVED:

_____
GRANT E. FORTSON
Attorney for Plaintiff

_____
MATT MODELEVSKY
Attorney for Defendant